AT- 42598

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| **Joseph Sinatra** and **Kathryn Sinatra**, his wife, et al.; *Plaintiffs,* | *Index No.:* 105886/01<br>*Plaintiff designates* NEW YORK *County as the place of trial* |
| - against - | *The basis of the venue is* Defendant's Place of Business<br>*Summons* |
| **ABB Lummus Crest, Inc.**, et al.; | *Complaint Filed*: March 23, 2001<br>*Plaintiff resides at* See Attached Complaint |
| *Defendants.* | *County of*: |

To the above named Defendant: Listed on the Attached Schedule

*YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of the summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered top you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.*

*Dated:* March 26, 2001

*Defendant's address:* See Attached Schedule

WILENTZ, GOLDMAN & SPITZER
*Attorney(s) for Plaintiff*
*Office and Post Office Address*
Wall Street Plaza
88 Pine Street
New York, New York 10005

#3582028 (130822.002)

SCHEDULE OF SECRETARY OF STATE DEFENDANTS

A.C.&S., INC.
AMERICAN STANDARD, INC.
ARMOR KONE ELEVATOR CO., INC.
ASBESTOS CORPORATION LTD.
BERGEN INDUSTRIAL SUPPLY CO., INC.
BLACKMAN PLUMBING SUPPLY COMPANY, INC.
BORG-WARNER CORPORATION
CERRO WIRE & CABLE CO., INC.
CHRYSLER CORPORATION
CLEAVER-BROOKS COMPANY
CONSOLIDATED RAIL CORPORATION
DB RILEY, INC.
DURABLA MANUFACTURING COMPANY
DURO DYNE CORPORATION
E&B MILL SUPPLY CO.
EMPIRE-ACE INSULATION MFG. CORP.
FARRELL LINES INCORPORATED
FLYNN HILL ELEVATOR CORPORATION
FORD MOTOR COMPANY
GARLOCK, INC.
GENERAL ELECTRIC COMPANY
GENERAL MOTORS CORPORATION
GENERAL REFRACTORIES COMPANY
HONEYWELL INTERNATIONAL, INC.
IMO INDUSTRIES, INC.
KAISER GYPSUM COMPANY, INC.
LAC D'AMIANTE DU QUEBEC, LTEE
LEEDS & NORTHRUP COMPANY
M.J. KELLY CO.
MADSEN & HOWELL, INC.
METROPOLITAN LIFE INSURANCE COMPANY
MONTGOMERY KONS, INC.
MORSE-DIESEL INTERNATIONAL INC.
NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.
ORANGE AND ROCKLAND UTILITIES, INC.
OTIS ELEVATOR COMPANY
RAPID AMERICAN CORP.
S.W. ANDERSON SALES CORP.
SAFEGUARD INDUSTRIAL EQUIPMENT CO.
SERGE ELEVATOR MANUFACTURING CORPORATION
SID HARVEY INDUSTRIES, INC.
STALEY ELEVATOR CO., INC.
STATE INSULATION CORP.
STONE & WEBSTER ENGINEERING CORPORATION
THOMAS O'CONNOR & CO., INC.
THYSSENKRUPP ELEVATOR CORPORATION
TISHMAN LIQUIDATING CORP.
TISHMAN REALTY & CONSTRUCTION CO., INC.
TURNER CONSTRUCTION COMPANY
VERMONT ASBESTOS GROUP
WESTINGHOUSE ELECTRIC CORPORATION
WESTINGHOUSE ELEVATOR COMPANY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

**MARTIN F. SINATRA** and **KATHRYN SINATRA**, his wife;
**JOHN BECHTOLD;**
**JOHN BRENNAN;**
**RICHARD S. CAGGIANO** and **ROSEANN CAGGIANO**, his wife;
**LORETTA CAPRARA**, Individually and as the Executrix of the Estate of **FRANK P. CAPRARA;**
**SALVATORE CAPRARIO;**
**KENNETH C. HEYL;**
**HARRISON B. JONES;**
**JAKE LOGAN;**

Plaintiffs,

- against -

**ABB LUMMUS CREST, INC.**, individually and as successor to and formerly known as Lummus Crest, Inc. and Lummus Company;
**A.C.&S., INC.**, formerly Armstrong Contracting and Supply, Inc.;
**A.P. GREEN INDUSTRIES, INC.**, individually and as successor to A.P. Green Firebrick Company and A.P. Green Refractories Co.;
**A.W. CHESTERTON COMPANY;**
**AMERICAN HARDWARE AND PAINT CO., INC.**, also known as American Elgen, individually and as successor to United Air Control;
**AMERICAN STANDARD INC.**, formerly American Radiator & Standard Sanitary Corp. individually and as a successor to Kewanee Boiler Company, Inc.
**THE ANCHOR PACKING COMPANY;**
**ARMOR KONE ELEVATOR CO., INC.**, individually and as successor to and formerly known as Armor Elevator Co., Inc. (named only as to sub-plaintiff John Brennan);
**ARMSTRONG WORLD INDUSTRIES, INC.**, formerly Armstrong Cork Company and Armstrong Contracting and Supply;
**ASBESTOS CLAIMS MANAGEMENT CORPORATION**, individually and as successor to National Gypsum Company, Asbestos Ltd. and Smith Asbestos Co. and alter ego of and/or successor to National Asbestos Mines Ltd.;
**ASBESTOS CORPORATION LTD.**, individually and as successor to Johnson's Company (named only as to sub-plaintiff Kenneth C. Heyl);
**ASBESTOSPRAY CORP.;**
**THE BABCOCK & WILCOX COMPANY**, individually and as successor to B & W Refractories Limited, Standard Refractories Limited and Holmes Blunt Limited;
**BECHTEL CORPORATION;**
**BERGEN INDUSTRIAL SUPPLY CO., INC.** (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**BLACKMAN PLUMBING SUPPLY COMPANY, INC.**, individually and successor to Blackman-Hoffman Company, Inc., Blackman-Riverhead Corp., Blackman-Shapiro Co. Inc., Blackman-Ludington Corp., Blackman-Southampton Corp., Blackman-Hicksville Co., Inc., Blackman-Queens Corp. and Blackman-Medford Corp.;
**BORG-WARNER CORPORATION** c/o Borg-Warner Automotive Corp., Inc. (named only as to sub-plaintiff Harrison B. Jones);

---

Index No.: 105886/01

COMPLAINT FILED:
March 23, 2001

**VERIFIED COMPLAINT**

**BURNS AND ROE ENTERPRISES INC.**, formerly known as Burns and Roe, Inc.;
**CALON INSULATION CORP.** (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**CAREY CANADA, INC.**, formerly Carey Canadian Mines, Ltd., individually and as successor to Quebec Asbestos Corp. Ltd.;
**THE CELOTEX CORPORATION**, individually and as successor to Philip Carey Corporation, Philip Carey Mfg. Co., Philip Carey Co., Inc., XPRU Corporation, Briggs Mfg. Co., Panacon Corporation, Smith & Kanzler, Inc. and Quebec Asbestos Corp. Ltd.;
**CENTRAL HUDSON GAS & ELECTRIC CORPORATION;**
**CERRO WIRE & CABLE CO., INC.**, individually and as successor to and/or also known as The Rockbestos Company, Rockbestos Wire and Cable Co. and Rockbestos-Surprenant Cable Corporation;
**CERTAINTEED CORPORATION**, formerly CertainTeed Products Corp., individually and as successor to Keasbey and Mattison Company;
**CHRYSLER CORPORATION** (named only as to sub-plaintiff Harrison B. Jones);
**CLEAVER-BROOKS COMPANY;**
**COMBUSTION ENGINEERING, INC.**, individually and as successor to M.H. Detrick Company, Walsh Refractory Corporation and Refractory and Insulation Corporation, now known as C. & E. Refractories, Inc.;
**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.;**
**CONSOLIDATED RAIL CORPORATION**, individually and as successor to Pennsylvania Railroad Corporation, New York Central Railroad Corporation, Pennsylvania Central Railroad Corporation, Erie Railroad Corporation, Lackawanna Railroad Corporation and Erie-Lackawanna Railroad Corporation. (named only as to sub-plaintiff Jake Logan);
**COURTER & COMPANY, INCORPORATED;**
**CROWN, CORK & SEAL COMPANY, INC.**, individually and as successor to Mundet Cork Corp.;
**DB RILEY, INC.**, individually, as successor to, and/or formerly known as DB Riley Stoker Corporation, and as successor to, and/or foermly doing business as Union Iron Works (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**DANA CORPORATION**, individually and as successor to Spicer Enterprises, Inc.;
**DUCT MATE INDUSTRIES, INC.;**
**DURABLA MANUFACTURING COMPANY;**
**DURO DYNE CORPORATION;**
**E&B MILL SUPPLY CO.** (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**EAGLE-PICHER INDUSTRIES, INC.;**
**EASTCO INDUSTRIAL SAFETY CORP.**, a/k/a Charkate Glove and Specialty Company;
**EASTERN REFRACTORIES COMPANY, INC.;**
**EMPIRE-ACE INSULATION MFG. CORP.**, individually and as successor to Empire Asbestos Co. and Ace Asbestos Mfg. Company;
**FARRELL LINES INCORPORATED**, individually and as successor to American Export Lines, Inc. (named only as to sub-plaintiff Loretta Caprara, Individually and as the Executrix of the Estate of Frank P. Caprara);

**FIBREBOARD CORPORATION**, individually and as successor to Fibreboard Paper Products Corporation, Pabco Products, Inc., and Plant, Rubber & Asbestos Works, Inc.;
**THE FLEXITALLIC GROUP, INC.**, individually and as successor to Flexitallic, Inc. and Flexitallic Gasket Company Inc.;
**THE FLINTKOTE COMPANY;**
**FLYNN HILL ELEVATOR CORPORATION** (named only as to sub-plaintiff John Brennan);
**FORD MOTOR COMPANY** (named only as to sub-plaintiff Harrison B. Jones);
**FOSTER WHEELER CORPORATION;**
**GAF CORPORATION**, individually and as successor to the Ruberoid Co. and Vermont Asbestos Corporation;
**GARLOCK, INC.;**
**GENERAL ELECTRIC COMPANY;**
**GENERAL MOTORS CORPORATION** (named only as to sub-plaintiff Harrison B. Jones);
**GENERAL REFRACTORIES COMPANY;**
**GEORGE A. FULLER COMPANY;**
**GEORGIA-PACIFIC CORPORATION;**
**GIAMBOI BROS., INC.;**
**GUYON GENERAL PIPING, INC.**, individually and as successor to and formerly known as Charles F. Guyon, Inc.;
**H.H. ROBERTSON COMPANY;**
**H.K. PORTER COMPANY, INC.**, individually and as successor to Southern Asbestos Company, Carolina Asbestos Company and Thermoid Company;
**HARBISON-WALKER REFRACTORIES CO.**, a division or subsidiary of Dresser Industries, Inc.;
**HONEYWELL INTERNATIONAL, INC.** as successor to Allied Signal, Inc. and Aftermarket Brake and Friction Materials Division of Bendix Corporation (named only as to sub-plaintiff Harrison B. Jones);
**IMO INDUSTRIES INC.**, as successor to and formerly known as DeLaval Turbine, Transamerica DeLaval, and IMO DeLaval;
**INGERSOLL-RAND COMPANY;**
**J.H. FRANCE REFRACTORIES CO., INC.;**
**JANOS INDUSTRIAL INSULATION, INC.;**
**JOHN W. WALLACE & CO.;**
**KAISER ALUMINUM & CHEMICAL CORPORATION;**
**KAISER GYPSUM COMPANY, INC.;**
**KEENE CORPORATION**, individually and as successor to Ehret Magnesia Mfg. Co., Baldwin Hill Co., Baldwin-Ehret-Hill Co., Inc., Keene Building Products Co.;
**KENTILE FLOOR INC.**, individually and as successor to Kentile, Inc.;
**KING INSULATION COMPANY, INC.**, now known as King-Dandorf Insulation;
**LAC D'AMIANTE DU QUEBEC, LTEE**, formerly Lake Asbestos of Quebec, Ltd., individually and as successor to National Asbestos Mines, Ltd. (named only as to sub-plaintiff Kenneth C. Heyl);
**LEEDS & NORTHRUP COMPANY;**
**LONG ISLAND LIGHTING COMPANY;**
**M.H. DETRICK COMPANY;**
**M.J. KELLY CO.;**
**MADSEN & HOWELL, INC.** (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**MARIO & DIBONO PLASTERING CO., INC.;**
**METROPOLITAN LIFE INSURANCE COMPANY** (named only as to sub-plaintiff Kenneth C. Heyl);
**METROPOLITAN REFRACTORIES CORPORATION;**
**MINNESOTA MINING & MANUFACTURING COMPANY;**

**MONTGOMERY KONE, INC.** (named only as to sub-plaintiff John Brennan);
**MORSE-DIESEL INTERNATIONAL INC.**;
**NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.**;
**NORTH AMERICAN REFRACTORIES COMPANY**;
**ORANGE AND ROCKLAND UTILITIES, INC.**;
**OTIS ELEVATOR COMPANY** (named only as to sub-plaintiff John Brennan);
**OWENS-CORNING FIBERGLAS CORPORATION**;
**OWENS-ILLINOIS, INC.**;
**PFIZER, INC.**;
**PITTSBURGH CORNING CORPORATION**;
**PORTER-HAYDEN COMPANY**, individually and as successor to H.W. Porter and Co., and Reid Hayden Co. (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**PPG INDUSTRIES, INC.** (formerly known as Pittsburgh Plate Glass Company), individually and as successor to and/or alter ego of Pittsburgh Corning Corp.;
**PUERTO RICO SAFETY EQUIPMENT CORPORATION**;
**PULMOSAN SAFETY EQUIPMENT CORPORATION**;
**QUIGLEY COMPANY, INC.**;
**RAPID AMERICAN CORP.**, individually and as successor to The Celotex Corporation, Philip Carey Corporation, Philip Carey Mfg. Co., Philip Carey Company, Inc., XPRU Corporation, Briggs Manufacturing Company, Panacon Corporation, Smith & Kanzler, Inc. and Quebec Asbestos Corp., Ltd.;
**RARITAN SUPPLY COMPANY**, individually and as successor to Bridge Supply Co. (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**RESEARCH COTTRELL, INC.**;
**ROBERT A. KEASBEY COMPANY**;
**ROCKBESTOS WIRE AND CABLE CO.**, individually and as successor to and/or also known as The Rockbestos Company, Cerro Wire & Cable Co., Inc. and Rockbestos-Surprenant Cable Corp.;
**ROCK WOOL MANUFACTURING COMPANY**;
**RUTLAND FIRE CLAY COMPANY**;
**S.W. ANDERSON SALES CORP.**;
**SAFEGUARD INDUSTRIAL EQUIPMENT CO.**;
**SERGE ELEVATOR MANUFACTURING CORPORATION** (named only as to sub-plaintiff John Brennan);
**SID HARVEY INDUSTRIES, INC.**, individually and successor to or formerly known as Sid Harvey Sales Co.;
**SOUTHDOWN INC.**, as successor to Moore-McCormack Lines Inc. (named only as to sub-plaintiff Loretta Caprara, Individually and as the Executrix of the Estate of Frank P. Caprara);
**SOUTHERN TEXTILE CORPORATION**, division of H.K. Porter Company;
**SPRAYCRAFT CORPORATION**, now known as H & A Construction Corp.;
**STALEY ELEVATOR CO., INC.** (named only as to sub-plaintiff John Brennan);
**STANDARD INSULATION CO.**, formerly Standard Asbestos Co.;
**STATE INSULATION CORP.** (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**STONE & WEBSTER ENGINEERING CORPORATION**;
**THOMAS O'CONNOR & CO., INC.**;
**THYSSENKRUPP ELEVATOR CORPORATION**, formerly known as Dover Elevator Company (named only as to sub-plaintiff John Brennan);
**TISHMAN LIQUIDATING CORP.**, formerly known as Tishman Realty & Construction Co., Inc.;
**TISHMAN REALTY & CONSTRUCTION CO., INC.**;
**TREADWELL CORPORATION**;

**TURNER & NEWALL, P.L.C.**, individually and as successor to and alter ego of Keasbey & Mattison Co. and Bell Asbestos Mines, Ltd.;
**TURNER CONSTRUCTION COMPANY;**
**UNIROYAL, INC.**, individually and as successor to United States Rubber Company, Inc.;
**UNITED STATES GYPSUM COMPANY;**
**UNITED STATES MINERAL PRODUCTS COMPANY;**
**VERMONT ASBESTOS GROUP** (named only as to sub-plaintiff Kenneth C. Heyl);
**W.R. GRACE & CO. - CONN**, formerly W.R. Grace & Co., individually and as successor to Zonolite Corporation;
**WEIL-McLAIN**, a division of the Marley Company, successor in interest to the Wylain Co.;
**WESTINGHOUSE ELECTRIC CORPORATION;**
**WESTINGHOUSE ELEVATOR COMPANY** (named only as to sub-plaintiff John Brennan);
**WOLFF & MUNIER SERVICE COMPANY, INC.;**
**WOOLSULATE CORPORATION;**
**WORTHINGTON CORPORATION;**
**YORK INDUSTRIES CORP.**, formerly York Insulation Company;
**JOHN DOE 1** through **JOHN DOE 75** (fictitious),

Defendants.

-----------------------------------------------------------X

Plaintiffs, complaining of the defendants, by Wilentz, Goldman & Spitzer, P.C., their attorneys, respectfully allege, upon information and belief, at all times hereinafter mentioned, as follows:

**PARTIES - PLAINTIFFS**

1. Martin F. Sinatra resides at 108 Bowne Court, Matawan, New Jersey 07747 and served in the U.S. Navy from 1964 to 1966, worked for New York Telephone as a wireman from 1966 to 1967, worked for United Airlines as an equipment operator from 1967 to 1968. Plaintiff has been a member of Plumbers Union Local 1 and Local 371 from 1973 to the present and has worked at various locations throughout New York and New Jersey including Brooklyn Navy Yard, Bethlehem Steel Shipyard, JCP&L Powerhouses and PSE&G Powerhouses. In these capacities, and at other times and places, he was exposed to dust from asbestos and asbestos containing products and he has contracted esophageal cancer and other serious diseases.

2. Kathryn Sinatra is the lawful wife of Martin F. Sinatra.

WILENTZ GOLDMAN & SPITZER P.A.
ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

http://www.wilentz.com

Please reply to:
New York
**Direct Dial: (646) 746-8914**
**lexarchakis@wilentz.com**

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
SHELDON E. JAFFE[3]
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN◁*
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[2]
NOEL S. TONNEMAN‡
JOHN T. KELLY[2]
C. KENNETH SHANK[2]

BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC[2]
CHERYL J. OBERDORF
LISA A. GORAB[2]
RUSSELL J. FISHKIND[2]
FRED HOPKE†
CHARLES F. VUOTTO, JR.‡
DONALD E. TAYLOR[3]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2]◻
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2] ◻
STEVEN R. ENIS[2]
LAWRENCE C. WEINER[2]

OF COUNSEL
ROBERT A. PETITO
HAROLD G. SMITH
ALFRED J. HILL (1962-2002)
ROBERT J. CIRAFESI (1970-2004)
ALAN B. HANDLER[5]
DOUGLAS T. HAGUE
MYRON ROSNER[2]

COUNSEL
DAVID P. PEPE
SUSANNE S. O'DONOHUE[4]

RISA A. KLEINER[2,4]
RUTH D. MARCUS[1]
RICHARD J. BYRNES
JAY V. SURGENT
LEE ANN McCABE‡
LAURIE E. MEYERS[2,4]
JAMES P. LUNDY[2,3]
ELIZABETH FARLEY MURPHY
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
YVONNE MARCUSE
ELIZABETH C. DELL[2]
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
NANCY A. SLOWE[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J. BROOKNER
JAMES E. McGUIRE
FRANCINE E. TAJFEL[2]
ELIZABETH SISO BAIR
RONALD P. COLICCHIO[2,10]
M. MATTHEW MANNION[7]
DANIEL M. SERVISS
COURTENAY C. HANSEN[2]
TODD E. LEHDER[5,7]
JOHN M. CANTALUPO[2]
JOHN E. HOGAN[2]
DONNA A. McBARRON
DANIEL R. WASP[2]
JOSEPH R. ZAPATA, JR.
JOHN P. MURDOCH II
ANNA MARIA TEJADA[2]
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
THOMAS P. KELLY[2,5]

ANNA I. MONFORTH
JENNIFER D. SOYKA[2]
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
GERASIMOS M. KITSOPOULOS[2]
KEVEN H. FRIEDMAN[2]
GREGORY D. SHAFFER[2]◁
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
LILLIAN A. PLATA
ROBERT L. SELVERS[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
JULIE A. DEMAREE
KEITH L. HOVEY[2]
GEMMA L. ABERNOVICH[2]
KRISTEN M. BENEDETTO[3]
KARL AUGUST DORWART[3]
GIRA A. DESAI
JOSEPH J. RUSSELL, JR.[2]
DEEPA KAIREN
DANIEL A. PRUPIS

◁ Certified Civil Trial Attorney
◻ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
8 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL

October 11, 2006

Suzanne Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006

**Re: Asbestos Litigation Settlements**
**STATE INSULATION CORP.; Feb 3, 2005**
**Balance due: $16,250.00**

Dear Counsel:

We previously submitted closing documents to your office in favor of the above-referenced defendant. According to our records, the amount of $16,250.00 remains due and unpaid under the referenced settlement agreement. For your convenience, we have attached a Settlement Agreement Status Report.

Please forward the outstanding balance at this time. If payment is not made within 30 days, we will file a Motion to Enforce this settlement agreement. Because of renewed efforts toward enacting federal asbestos legislation, we regret that we do not have any flexibility in enforcing payment of this agreement.

If you have any questions, please contact the undersigned, or our settlement coordinator, Lori L. Exarchakis at (732) 636-8000 extension 5788.

Sincerely,

Kevin M. Berry

KMB/lle
Enclosures

| | | | | | |
|---|---|---|---|---|---|
| **RUSSO V. A.P. GREEN INDUSTR. - 116214/98** | | | | | |
| Russo, Paula | | Russo, John J. | 2,875.00 | 05/18/2005 | 2,875.00 |
| **SCANZANO V. ABB LUMMUS CREST - 103787/95** | | | | | |
| Scanzano, Anna | | Scanzano, Dominick | 0.00 | | 0.00 |
| **SINATRA V. ABB LUMMUS CREST - 105886/01** | | | | | |
| Sinatra, Kathryn | 105886/01 | Sinatra, Martin F. | 5,750.00 | 05/18/2005 | 5,750.00 |
| **SLIVKA V. ABB LUMMUS CREST - 102437/01** | | | | | |
| Slivka, William J. | 102437/01 | Slivka, George | 11,500.00 | 05/18/2005 | 11,500.00 |
| **VENTURINO V. ABB LUMMUS - 109033/98** | | | | | |
| Cerria, Philip | | | 2,875.00 | 05/18/2005 | 2,875.00 |
| **VINSKO V. ABB LUMMUS CREST - 125309/00** | | | | | |
| Vinsko, Joan | | Vinsko, Raymond E. | 2,875.00 | | 0.00 |
| **WARD V. ABB LUMMUS CREST - 121211/00** | | | | | |
| Ward, Janice | 121211/00 | Ward, Jerome | 11,500.00 | 05/18/2005 | 11,500.00 |

x:\tc52558\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------------------X

JOEL CHALCO,

Plaintiff,

**NOTICE OF ADOPTION**

-against-

**08 CIV 2268**

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVIRONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, INC.; BERKEL & COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING & CONSTRUCTION CORP.; BOVIS LEND LEASE LMB, INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER-FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING CORP.; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; DAKOTA DEMO-TECH; DIAMOND POINT EXCAVATING CORP.; DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC); EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP; GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS, P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;
OFF SITE:
ALAN KASMAN DBA KASCO, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP.; DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MERRILL LYNCH & CO., INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., SABINE ZERARKA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, THE NEW YORK CITY DEPARTMENT OF EDUCATION, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL

Defendants.

-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

x:\tc52559\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

--------------------------------------------------------------------------X

LUIS CHIRINOS,

Plaintiff,

-against-

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVIRONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, INC.; BERKEL & COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING & CONSTRUCTION CORP.; BOVIS LEND LEASE LMB, INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER-FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING CORP.; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; DAKOTA DEMO-TECH; DIAMOND POINT EXCAVATING CORP.; DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

**NOTICE OF ADOPTION**

**08 CIV 2260**

CORP.; EVERGREEN RECYCLING OF CORONA (EROC); EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP; GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS, P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;
OFF SITE:
90 CHURCH STREET LIMITED PARTNERSHIP, AMBIENT GROUP, INC., BANKERS TRUST COMPANY, BANKERS TRUST CORP., BANKERS TRUST NEW YORK CORPORATION, BELFOR USA GROUP, INC., BOSTON PROPERTIES, INC., BT PRIVATE CLIENTS CORP.; CONSTITUTION REALTY LLC, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, HILLMAN ENVIRONMENTAL GROUP, LLC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., ONE WALL STREET HOLDINGS, LLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., AND VERIZON NEW YORK, INC., ET AL

Defendants.

--------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

x:\tc52560\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------------X

SARBELIA COBALLES,

Plaintiff,

-against-

**NOTICE OF ADOPTION**

**08 CIV 2261**

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVIRONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, INC.; BERKEL & COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING & CONSTRUCTION CORP.; BOVIS LEND LEASE LMB, INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER-FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING CORP.; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; DAKOTA DEMO-TECH; DIAMOND POINT EXCAVATING CORP.; DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC); EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP; GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS, P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;
OFF SITE:
ALAN KASMAN DBA KASCO, AM & G WATERPROOFING LLC, ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP.; DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., MERRILL LYNCH & CO., INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., ET AL

Defendants.

-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

x:\tc52561\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------------X

DAVID CUEVAS AND LUPE VALASQUEZ,

Plaintiffs,

**NOTICE OF ADOPTION**

-against-

**08 CIV 2321**

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVIRONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, INC.; BERKEL & COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING & CONSTRUCTION CORP.; BOVIS LEND LEASE LMB, INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER-FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING CORP.; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; DAKOTA DEMO-TECH; DIAMOND POINT EXCAVATING CORP.; DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC); EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP; GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS, P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;
OFF SITE:
90 CHURCH STREET LIMITED PARTNERSHIP, AMBIENT GROUP, INC., BELFOR USA GROUP, INC., BOSTON PROPERTIES, INC., STRUCTURE TONE (UK), INC., AND STRUCTURE TONE GLOBAL SERVICES, INC., ET AL

Defendants.

--------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600